# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00815-CR

**Meagan Rena Work, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
## NO. D-1-DC-14-302146, THE HONORABLE P. DAVID WAHLBERG, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant's brief on appeal was originally due July 3, 2019. On counsel's motions, the time for filing was extended to September 16, 2019. Appellant's counsel has now filed a third motion, requesting that the Court extend the time for filing appellant's brief. We grant the motion for extension of time and order appellant to file a brief no later than October 31, 2019. No further extension of time will be granted and failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is ordered on September 20, 2019.

Before Justices Goodwin, Baker, and Triana

Do Not Publish